**ORDERED.**

Dated: August 16, 2006



_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SPORTSCO, INC. | ) | Case No. 4-80-00713-EWH |
| | ) | |
| | ) | |
| | ) | ORDER FOR PAYMENT |
| Debtor(s) | ) | OF UNCLAIMED MONIES |

Upon application of claimant for payment of unclaimed monies, and good cause appearing,

IT IS HEREBY ORDERED that the application for payment is granted and the Clerk, U. S. Bankruptcy Court is ordered to pay to:

DARWIN BROUWER
PO BOX 852519
MESQUITE, TX 75185-2519

unclaimed money in the amount of $38.31 which was held pursuant to 11 U.S.C. §347(a) of the Bankruptcy Code.

Dated:_____   _____
United States Bankruptcy Judge