**VOUCHER AND SCHEDULE OF PAYMENT**     (MEMORANDUM)
**U. S. Bankruptcy Court**

Schedule # 0880400092
Sheet 1 of /

| BUREAU OR OFFICE<br>U. S. Bankruptcy Court | | PAID BY |
|---|---|---|
| LOCATION OF TRANSMITTING OFFICE<br>District of Arizona 8608 | AGENCY STAT #<br>8608 | |
| APPROPRIATION SUMMARY<br>2008-180700-B09AZXX - in lieu of 106000    18.20 | | P108460800353 |

| VOUCHER NUMBER | PAYEE, AND IF NECESSARY, ADDRESS, INVOICE NO. OR OTHER IDENTIFICATION | AMOUNT | D.O. CHECK NO. |
|---|---|---|---|
| 00092 | CHIP FADELEY<br>420 SAND CREEK ROAD APT 209<br>ALBANY NY    12205<br><br>Case # - 80-00713T    Reimbursement of Unclaimed Funds<br><br><br>ORDER DATED 1/28/2008 FOR PAYMENT OF<br>UNCLAIMED FUNDS ON 4:80-713-SPORTSCO INC<br><br>PAYMENT MAY BE EXPECTED WITHIN ONE WEEK<br>FROM THE DATE OF THIS VOUCHER | 18.20 | |

GRAND TOTAL    18.20

1/29/08
(Date)

_____
(Authorized certifying officer)

Page 1